# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

①

## I. (a) PLAINTIFFS
Zykeem Johnson

## DEFENDANTS
B. Fisher, ?. Yoder, ?. Shope, ?. Killinger and ?. Rivello

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983
Brief description of cause:
Failure To Protect

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $500,001.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Zykeem Johnson, #KJ-8494
(Name of Plaintiff)     (Inmate Number)

1111 Altamont Blvd.
(Address)

Frackville, PA. 17931

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Unit Manager B. Fisher

(2) Correctional Officer Yoder

(3) Correctional Officer Shope

(Names of Defendants)
(4) Correctional Officer Killinger
(Each named party must be numbered,
and all names must be printed or typed)
(5) Deputy Superintendent Rivello

1:20-CV-2137
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON

Per _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS

____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

No previously lawsuits

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed an inmate grievance, #779522-19, to completion including all available appeals.

2. What was the result? Denied at each level.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: B. Fisher
Employed as Unit Manager at S.C.I. Smithfield
Mailing address: 1120 Pike St. Huntingdon, PA. 16652

(2) Name of second defendant: ?. Yoder
Employed as Correctional Officer at S.C.I. Smithfield
Mailing address: 1120 Pike St. Huntingdon, PA. 16652

(3) Name of third defendant: ?. Shope
Employed as Correctional Officer at S.C.I. Smithfield
Mailing address: 1120 Pike St. Huntingdon, PA. 16652

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On December 18, 2018, approximately 3:10 p.m., Plaintiff arrived at the Behavioral Management Unit, ("BMU"), to conduct his scheduled rounds as a Certified Peer Support Specialist, ("CPSS").

2. Plaintiff was informed by defendant Killinger he would have to engage in an one-on-one meeting with inmate Coit. Plaintiff objected and informed defendants Killinger and Shope that Coit had threatened to throw feces and physically harm him.

3. Plaintiff was forced to meet with Coit over his objections. Shortly thereafter defendants Killinger and Shope escorted Coit to the dayroom unrestrained Immediately upon entering the dayroom defendants Killinger and Shope (see attached)

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Enter declaratory judgment stating that the actions/inaction of the defendants constituted deliberate indifference to Plaintiff's health and safety in violation of Plaintiff's Eighth and Fourteenth Amendment rights.

2. Award monetary damages in the following amounts: (1) $150,000.00 compensatory damages; (2) $350,000.00 punitive damages; (3) $1.00 nominal damages jointly and/or severally against the defendants to this action. Any other relief the Court deems equitable or just or to which it appears Plaintiff is entitled.

3.

3

ADDITIONAL DEFENDANTS

(4) C.O. ?. Killinger

Employed as Correctional Officer at S.C.I. Smithfield

Mailing Address: 1120 Pike St. Huntingdon, PA. 16652

(5) ?. Rivello

Employed as Deputy Superintendent at S.C.I. Smithfield

Mailing Address: 1120 Pike St. Huntingdon, PA. 16652

ADDITIONAL FACTS

locked the door.

(4) Inmate Coit said to Plaintiff "I told you I was going to get you" and began to viciously attack Plaintiff.

(5) During the assault inmate Coit repeatedly hit Plaintiff in the face, neck, back, head and midsection.

(6) The attack on Plaintiff continued until defendant Killinger indiscriminately sprayed OC (pepper-spray) into the room.

(7) As a result of the OC spray Plaintiff was temporarily blinded, gasping for oxygen and defenseless.

(8) Following the employment of OC spray inmate Coit briefly stopped his assault on Plaintiff but quickly resumed the assault as the responding officers encountered difficulties opening the door.

(9) Inmate Coit was ultimately subdued and plaintiff was escorted to the medical department where he received medical treatment.

(10) On or about December 12, 2018, prior to the assault, Plaintiff informed defendant Yoder that Coit had threatened to kill him due to Plaintiff's refusal to pass contraband.

(11) In response to that information defendant Yoder told Plaintiff that "Coit is a nut case."

(12) Before then, December 11, 2018, Plaintiff informed defendant Fisher that inmate Coit requested he pass contraband to which he refused.

(13) Plaintiff further informed defendant Fisher that Coit called Plaintiff a "fucking cop" and a'"bitch ass nigger" and threatened to throw "shit" on him and "beat him the fuck up."

(14) Defendant Fisher's response to that information was simply "Coit is crazy and a lost cause."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31st__ day of __October__, 20__20__.

_____Zykeem Johnson_____
(Signature of Plaintiff)

4

Saturday October 31st, 2020

Zykeem Johnson
D.O.C #KJ8494
SCI-Frackville
1111 Altamont Boulevard
Frackville, Pennsylvania 17931

RE: Administrative Fee ($50.00)

Dear Clerk of Court,

My name is Zykeem Johnson, D.O.C number: KJ8494. I am an inmate at Pennsylvania State Correctional Institution - Frackville. En-closed in this envelope is a civil Rights complaint I wish to file immediately. Accompanied with my complaint is a check for the sum amount of $400.00 USD. $350.00 is to pay for my civil Rights complaint filing fee in its entirety. The additional $50.00 is to pay for the Administrative Fee if applicable.

If the $50.00 Administrative Fee is not applicable due to me not asking or needing to file In Forma Pauperis to proceed with my complaint. Can you please return the additional $50.00 to me after you deduct $350.00 from the $400.00 sum.

Page 1 of 2

If the Administrative Fee is applicable, Please retain the whole sum of $40000, and process my complaint.

Thank you for your time and civil Services.

Respectfully Written,

Zykeem Johnson

*Zykeem Johnson*

Zykeem Johnson
D.O.C.# KJ8494
SCI-Frackville
1111 Altamont Boulevard
Frackville, Pennsylvania 17931

Care of: Clerk of Court
United States District Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, Pennsylvania 18501