IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZYKEEM JOHNSON, | No. 1:20-CV-02137 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| B. FISHER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of August 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 13) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

   a. Defendants' motion is **GRANTED** as to Johnson's Eighth Amendment failure-to-protect claim against defendants B. Fisher and Deputy Superintendent Rivello.

   b. Defendants' motion is **DENIED** in all other respects.

2. Entry of judgment in accordance with paragraph one above shall be deferred pending resolution of Johnson's remaining Eighth Amendment failure-to-protect claims against defendants Yoder, Killinger, and Shope.

3. Johnson's state-law negligence claims against all Defendants are **DISMISSED** for lack of subject matter jurisdiction, as those claims are barred by state statutory immunity.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge