

**PETER J. WELSH**
**CLERK OF COURT**

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920

WILLIAMSPORT:
(570) 323-6380

*(Electronically Filed)*

August 28, 2023

The Honorable Matthew W. Brann
Chief Judge
U.S. District Court, Middle District of Pennsylvania
U.S. Courthouse & Federal Building
240 West Third Street, Suite 320
Williamsport, PA 17701

Re: Report of the Mediator
Johnson v. Fisher, Civil No. 1:20-2137 (Brann, C.J.)

Dear Chief Judge Brann:

Following additional conversation with the parties, the matter is now **settled**.
Thank you.

Sincerely,

s/ *Joseph A. Barrett*
Joseph A. Barrett